# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS DEVELOPMENT GROUP, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

NORMA DORANTES, AN INDIVIDUAL; BANK OF NEW YORK MELLON, NA AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA19, MORTGAGE PASS-THROUGH CERTIFICATES 2006-OA19, A NATIONAL BANKING ASSOCIATION; RECONTRUST COMPANY NA, A TEXAS CORPORATION; AND VENTA FINANCIAL GROUP, INC., A NEVADA CORPORATION,

Respondents.

No. 77519

FILED

MAR 2 3 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

20-11152

cc: Hon. Adriana Escobar, District Judge
Janet Trost, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Akerman LLP/Las Vegas
Gerrard Cox & Larsen
Eighth District Court Clerk